# Exhibit 2

DEPARTMENT OF HEALTH AND HUMAN SERVICES

Public Health Service

Centers for Disease Control
and Prevention (CDC)
Atlanta GA 30333

August 27, 2024

Aaron Siri
Attorney
Siri & Glimstad LLP
745 Fifth Ave.
Suite 500
New York, NY  10151
Via email: foia@sirillp.com

Dear Mr. Siri:

The Centers for Disease Control and Prevention and Agency for Toxic Substances and Disease Registry (CDC/ATSDR) received your Freedom of Information Act (FOIA) request dated June 14, 2024 for:

> "[IR#1141] All emails sent and received by Brian Kit from March 1, 2021 through September 1, 2021 which contain the terms 'MIS-C' AND/OR 'MIS-A' AND/OR 'MIS-V'."

Your request was assigned #24-01231-FOIA and placed in our complex processing queue.

In unusual circumstances, an agency can extend the twenty-working-day limit to respond to a FOIA request.

We will require more than thirty working days to respond to your request because

- We reasonably expect to receive and review voluminous and complex records in response to your request
- We reasonably expect to consult with two or more Centers/Institutes/Offices
- We reasonably expect to consult with other federal agencies

If you have any questions or wish to discuss reformulation of your request or an alternative time frame for the processing of your request, please contact the analyst handling your request Leigh Davidi at 770-488-6298 or by email at ldavidi@cdc.gov. You may also contact our FOIA Public Liaison, Bruno Viana, at 770-488-6246. Additionally, you may contact the Office of Government Services (OGIS) to inquire about the FOIA mediation services they offer. The contact information for OGIS is as follows: Office of Government Information Services; National Archives and Records Administration; 8601 Adelphi Road-OGIS; College Park, Maryland 20740-6001; e-mail at ogis@nara.gov; telephone at 202-741-5770; toll free at 1-877-684-6448; or facsimile at 202-741-5769.

You requested that we waive fees associated with processing your request. Because you are categorized as a "News Media requester," and because the records will be in electronic format, your request is not billable.

Page 2 -- Aaron Siri

You may check on the status of your case on our FOIA webpage https://foia.cdc.gov/app/Home.aspx and entering your assigned request number. If you have any questions regarding your request, please contact Leigh Davidi at 770-488-6298 or ldavidi@cdc.gov.

We reasonably anticipate that you should receive a final response by Wednesday, September 4, 2024.

The current status for this request is program staff have completed their search for records you requested, and your case is currently in this office awaiting final review. Processing time is contingent upon the number of requests ahead of yours and their complexity and volume, as well as the complexity and volume of your own request. Therefore, we are unable to give you an exact timeframe for completion of your request, but estimate that we will issue a final response to you by Wednesday, October 30, 2024. Please be assured that a response will be sent to you as quickly as possible.

Please know that this date roughly estimates how long it will take the Agency to close requests ahead of your request in the queue and complete work on your request. The actual date of completion might be before or after this estimated date.

Sincerely,

Roger Andoh
CDC/ATSDR FOIA Officer
Office of the Chief Operating Officer
Phone: (770) 488-6399
Fax: (404) 235-1852

24-01231-FOIA